FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. '08 - CV - 00783 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN, JR.,

    Plaintiff,

v.

ARISTEDES ZAVARAS,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DISMISSING THE ACTION

---

Plaintiff, Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Fort Lyon, Colorado, correctional facility. Mr. Green has submitted to the Court *pro se* a letter to the clerk of the Court and a motion titled "Motion for Special Court Order to Require the Prison Legal Access Program [to] Provide the Plaintiff With a Law Library Appointment for Every Law Library Session on Every Day that the Prison Law Library Is Open and to Provide the Plaintiff With a Typewriter for Each Session With No Limitations on Typewriter Ribbons." For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to

obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed to submit, as required by Modified Appendix B, a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action," an affidavit in proper legal form, and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff, Clovis Carl Green, Jr., has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that the motion titled "Motion for Special Court Order to Require the Prison Legal Access Program [to] Provide the Plaintiff With a Law Library Appointment for Every Law Library Session on Every Day that the Prison Law Library Is Open and to Provide the Plaintiff With a Typewriter for Each Session With No Limitations on Typewriter Ribbons" is denied as moot.

DATED at Denver, Colorado, this _15_ day of _April_, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **08-CV-00783**

Clovis Carl Green, Jr.
Reg. No. 69277
Fort Lyons Correctional Facility
PO Box 1000
Fort Lyons, CO 81038

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4-17-08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk